■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY PEAL, Appellant.— Judgment unanimously reversed on the law and indictment dismissed. Memorandum: The verdict finding defendant guilty of assault, third degree, is contrary to law and to the weight of evidence. Our perusal of the record leads us to the conclusion that the People will not be able to prove guilt in any subsequent trial. Therefore, there is no reason for attempting to preserve the indictment. It should be dismissed. (Appeal from judgment of Erie County Court, convicting defendant of assault, third degree.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ ROY E. BENNETT, Appellant, v. CARL DRAIN, Respondent, et al., Defendants.— Order affirmed, without costs of this appeal to either party. All concur, except Goldman and Marsh, JJ., who dissent and vote to reverse and to reinstate the verdict. (Appeal from order of Monroe Trial Term, granting defendant's motion to set aside the verdict in favor of plaintiff in an automobile negligence action, and ordering a new trial.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ EDNA WAHLER et al., Respondents, v. HOWARD M. THOMPSON et al., Appellants.— Judgment in favor of plaintiffs against defendant Doris Reynolds unanimously reversed on the law and facts, and a new trial granted as to defendant Doris Reynolds, and otherwise judgment and order affirmed, without costs of these appeals to any party. Memorandum: The judgment in favor of plaintiffs against defendant Doris Reynolds is against the weight of the credible evidence. (Appeal from judgment of Onondaga Trial Term in favor of plaintiffs in an automobile negligence action; also appeal by defendant Kenneth Reynolds from order denying his motion to vacate service of summons and complaint.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ ROSE M. MARANGINE et al., Appellants, v. CLARENCE LYDLE et al., Respondents.— Judgments unanimously reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: The verdict in favor of defendant Addison is against the weight of evidence. The verdicts in favor of plaintiffs are inadequate. (Appeal from judgment of Niagara Trial Term in favor of defendant Jake C. Addison, Jr. for no cause of action in an automobile negligence action; also appeal from judgment in favor of plaintiffs against defendants Lydle.) Present — Williams, P. J., Goldman, Henry and Del Vecchio, JJ.

■ GERALD KAPLAN, as Guardian ad Litem of LEONE KAPLAN, an Infant, et al., Respondents, v. UTICA HILL CREST MANOR CORP., Defendant-Appellant and Third-Party Plaintiff-Appellant. JOHN SULLIVAN, Doing Business as SULLIVAN AND CONNAUGHTON, Third-Party Defendant-Respondent.— Judgment affirmed, with costs. All concur, except Williams, P. J., who dissents and votes to reverse and to dismiss the complaint. (Appeal from judgment of Oneida Trial Term for plaintiffs in a negligence action; also appeal by third-party plaintiff from judgment in favor of third-party defendant dismissing third-party complaint.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.